IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

M+A MATTING, LLC,

      Plaintiff,

v.

ENTRYMATSONLINE.COM, XYZ
CORPORATIONS 1-100, and
JOHN DOES 1-100,

      Defendants.

CIVIL ACTION FILE

NO. 3:23-cv-00069-TCB

**O R D E R**

This case comes before the Court on Plaintiff M+A Matting, LLC's

motion [3] for a preliminary injunction against Defendants pursuant to

15 U.S.C. § 1116 and Federal Rule of Civil Procedure 65 for alleged

violations of the Lanham Act, 15 U.S.C. § 1114 and 1125(a). On April 25,

2023, the Court granted [5] Plaintiff's motion [3] for a temporary

restraining order. On May 8, the Court conducted a hearing on the

motion for a preliminary injunction. Defendant(s) did not appear at the hearing.[1]

Accordingly, and for the reasons set forth at the preliminary injunction hearing, the Court adopts the findings of facts and conclusions of law set forth in its previous order [5] and **GRANTS** the motion [3] for preliminary injunction as follows:

1) Immediately upon receipt of this Order, WooCommerce, Gname.com, WordPress or any other service provider that is providing web hosting services, proxy services, reverse proxy services, pass-through security services, authoritative domain name system services, website delivery optimization services, virtual private network services, content delivery network services, or any other services that enable or facilitate the operation of or access to the website <entrymatsonline.com>, or who otherwise aids, abets, assists, or acts in concert with them or the Defendant in locating, resolving, hosting,

---

[1] In the Court's initial order, it cautioned Defendant(s) that failure to appear at the hearing may result in the imposition of a preliminary injunction against them under 15 U.S.C. § 1116(d), Federal Rule of Civil Procedure 65, 28 U.S.C. § 1651(a), and the Court's inherent authority.

optimizing, facilitating, or providing access to the website, is ordered to stop providing all such services and disable access to the website <entrymatsonline.com>;

2) Immediately upon receipt of this Order, Defendant and any persons acting in concert or participation with it, including any third parties providing services used in connection with Defendant's domain name and website, are hereby enjoined against using, publishing, disclosing, copying, sharing, altering, transferring, distributing, deleting, destroying, any materials which contain names or logos that are the same or similar to Plaintiff's registered trademarks U.S. Trademark Registration Nos. 5,904,376 and 5,904,377 covering the



word mark "M+A MATTING" and  or in connection with online retail store services featuring floor mats or related goods, or on or in connection with floor mats.

3) Plaintiff may notify Defendant, Gname.com, WooCommerce, WordPress, and any other relevant third party of this Order by electronic means, including by electronic mail.

4) Pursuant to this Court's discretion, Plaintiff shall not presently be required to post a bond or other security. However, any Defendant may appear and immediately challenge this portion of the Order by providing the Court with a reasonable estimation of its potential lost sales, with supporting documentation, sufficient to allow the Court to decide what an appropriate amount of surety would be. Plaintiff will then have one (1) week in which to file a response.

5) SERVICE BY ALTERNATE MEANS: Plaintiff shall serve copies of this Preliminary Injunction on Defendant by electronic mail using email addresses listed on entrymatsonline.com as well as any email addresses provided by Gname.com, WooCommerce, WordPress, and by other electronic means reasonably calculated to result in actual notice.

This Preliminary Injunction expires within one hundred and twenty (120) days unless extended for good cause.

IT IS SO ORDERED this 8th day of May, 2023.

Timothy C. Batten, Sr.
Chief United States District Judge